No. 383. BARNHART ET AL. *v.* WESTERN MARYLAND RAILWAY Co. October 19, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Isaac Lobe Straus* for petitioners. *Messrs. Eugene S. Williams, Walter C. Capper, William Stanley,* and *William D. Donnelly* for respondent. ■

Nos. 389 and 390. BORD *v.* UNITED STATES. October 26, 1942. Motion for leave to proceed further *in forma pauperis* granted. Petition for writs of certiorari to the U. S. Court of Appeals for the District of Columbia denied. *Mr. John H. Burnett* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for the United States.

No. 407. WOOLWORTH *v.* KANSAS ET AL. October 26, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Allen B. Woolworth, pro se.*

No. 393. BARRY ET AL. *v.* CHRYSLER CORPORATION ET AL. October 26, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE ROBERTS took no part in the consideration or decision of this application. *Messrs. Patrick J. Lucey* and *Gerald G. Barry* for petitioners. *Mr. Frank Parker Davis* for respondents.